IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TUSHANA JACOBS, | ) | CASE NO. 1:18-cv-02485 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **INTERIM REPORT &** |
| | ) | **RECOMMENDATION** |
| Defendant. | ) | |

On October 29, 2018, Plaintiff Tushana Jacobs filed a Complaint against Defendant Commissioner of Social Security. Doc. 1. On the same day, Plaintiff filed an Application to Proceed Without Prepayment of Fees and Affidavit ("IFP Application"). Doc. 2. On November 6, 2018, the undersigned found that Plaintiff's IFP Application was incomplete or not fully explained and ordered Plaintiff to submit a supplemental or amended IFP Application so that the Court would have a proper basis upon which to evaluate her request to proceed without prepayment of fees. Doc. 5. Plaintiff was ordered to file the supplemental or amended IFP Application within fourteen (14) days and warned that failure to do so could result in denial of her IFP Application. Doc. 5. Plaintiff did not comply with the undersigned's November 6, 2018, order. On December 6, 2018, the undersigned provided Plaintiff with another opportunity to file a supplemental or amended IFP Application. *See* 12/6/18 non-document order. Plaintiff

1

was ordered to comply with the November 6, 2018, order by December 14, 2018, and warned that failure to do so could result in denial of her IFP Application or dismissal of the case for failure to prosecute. *Id.*

Considering Plaintiff's failure to file a supplemental or amended IFP Application, the undersigned recommends that the Court DENY Plaintiff's IFP Application (Doc. 2) and order Plaintiff to pay the required filing fee.

|  |  |
|---|---|
| Dated: December 17, 2018 | */s/ Kathleen B. Burke*<br>Kathleen B. Burke<br>United States Magistrate Judge |

### OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation. Failure to file objections within the specified time may waive the right to appeal the District Court's order. See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).